No. 540. CHESAPEAKE & OHIO RY. CO. *v.* HOWARD, ADMINISTRATRIX. January 9, 1933. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

*Mr. LeWright Browning* for petitioner. *Mr. John T. Diederich* for respondent.